UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO KUBA, an individual; SAN DIEGO ANIMAL ADVOCATES, a California 501(c)(3) nonprofit organization , <br><br> Plaintiffs, <br><br> v. <br><br> SEA WORLD, INC, dba Sea World Adventure Parks, a Delaware corporation; C. MICHAEL CROSS, as an individual; DAVE KUHNS, as an individual; RICK MARCELINO, as an individual; BRIAN HAY, as an individual; ROAN VAN DE WATERING, as an individual; LARRY BURNETT, as an indivudal; ROMMEL MOLINA, as an individual; and DOES 1 through 100, inclusive, <br><br> Defendants. | Civil No.   07-cv-1274-JM (POR) <br><br> **ORDER SETTING DISCOVERY CONFERENCE** |

On June 20, 2008, the parties in this case filed a stipulation to continue the deadline for the filing of a joint motion for the Court to hear and resolve their pending discovery disputes. The Court's Scheduling Order of February 22, 2008 states that "[a]ll disputes concerning discovery shall be brought to the attention of this Court no later than 30 days following the date upon which the event giving rise to the discovery dispute occurred." (Dkt. No. 17 at 2.) The stipulation submitted by the parties requests that the Court hear their pending discovery disputes on July 10, 2008. By stipulation of the parties, IT IS HEREBY ORDERED:

1. On or before **July 7, 2008**, the parties shall file a Joint Motion for Discovery with the Court, according to the chambers' guidelines for Joint Discovery Conference

- 1 -

Statements.  The parties shall file separate Points & Authorities on or before the same date.

2. The parties' Joint Motion for Discovery shall be heard by Judge Porter on **July 15, 2008**.  The joint motion shall be deemed submitted on the papers on the date of the hearing.  Without further court order, <u>no appearances are required</u>.

IT IS SO ORDERED.

DATED: July 3, 2008

_____
LOUISA S PORTER
United States Magistrate Judge